FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| S.S. STEINER, INC., a New Jersey corporation,<br><br>                    Plaintiff,<br><br>                 v.<br><br>YAKIMA HOPS & BREW, LLC, a Washington limited liability company,<br><br>                    Defendant. | No.   1:18-CV-03227-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 12, 2019, the parties filed a Stipulated Motion to Dismiss with Prejudice, ECF No. 18. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 18**, is **GRANTED**.

**2.** All claims, counterclaims, and theories that were asserted or could have been asserted in this action are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2